Helene Salman, respondent,

*v.*

Ernest O. Salman, appellant,

[Decided March 16th, 1925.]

On appeal from a decree of the court of chancery, advised by Vice-Chancellor Griffin, whose opinion is reported in *97 N. J. Eq. 83.*

*Messrs. McKirgan & Gilson,* for the appellant

*Messrs. Perkins & Drewin,* for the respondent.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Griffin.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PAR-
KER, MINTURN, KALISCH, BLACK, KATZENBACH, CAMPBELL,
LLOYD, GARDNER, VAN BUSKIRK, CLARK, McGLENNON,
KAYS, JJ. 14.

*For reversal*—None.